UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Sherry Gibson, | ) CASE NO: 11-09020-AJM-13 |
| | ) |
| DEBTOR(S). | ) |

### MOTION TO MODIFY SECURED DEBT

Comes now Debtor(s), by counsel, who state and represent to the Court as follows:

1. Debtor commenced this case on July 18, 2011.

2. Debtor moves to modify the secured debt of Seterus Inc. and Mortgage Electronic Registration Systems Inc. ("Creditor"), the mortgage on her residence located at 248 Legends Creek, Indianapolis, IN 46229.

3. Current mortgage payment is $720.73 including escrow, and the modified payment amount would be $317.33 plus escrow of roughly $148.47/month for a total payment of $466.20.

4. Current interest rate is 7.5, and the new interest rate would be 5% on the Interest Bearing Principal Amount of $65,808.36, with and additional balance of $28,203.58 as interest-deferred. Total loan amount would be $94,011.94.

5. Current maturity date is November 1, 2036, and the new maturity date would be September 1, 2051.

6. Trustee conduit payments of $720.73 SHALL CONTINUE until a Motion to Modify Plan is filed.

7. The creditor has not yet filed a Proof of Claim with the Court.

8. The debtor's plan would be feasible with this reduction in the monthly mortgage payment; the current payment is a financial burden to the debtor.

Respectfully submitted,

/s/ Katrina J. Hecht
Katrina J. Hecht, # 23607-49

Attorney for Debtor(s)
HENSLEY LEGAL GROUP, P.C.
350 East New York Street, Suite 300
Indianapolis, IN 46204
(317) 472-3333
(317) 222-3980 fax
bkfilings@hensleylegal.com

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

United States Trustee
101 W. Ohio Street, Ste 1000
Indianapolis, IN  46204
317-226-6101

Chapter 13 Trustee
Robert Brothers
151 N. Delaware St., Ste. 1400
Indianapolis, IN  46204
317-636-1062

I further certify that on October 13, 2011, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following.

Seterus, Inc.
c/o Registered Agent
CT Corporation System
251 E Ohio St., Ste 1100
Indianapolis, IN  46204

Mortgage Electronic Registration Systems, Inc.
c/o CEO Bill Beckmann
1818 Library Street, Suite 300
Reston, VA 20190

/s/ Katrina J. Hecht
Katrina J. Hecht, #23607-49
Attorney for Debtor(s)
HENSLEY LEGAL GROUP, P.C.
350 East New York Street, Suite 300

Indianapolis, IN 46204
(317) 472-3333
(317) 222-3980 fax
bkfilings@hensleylegal.com